# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

VINCENT BURGESS,

      Plaintiff,

                                    Civil Action No. 26-11281

v.

                                    HON. DENISE PAGE HOOD

THIRD JUDICIAL CIRCUIT COURT,
et al.,

      Defendants.

_____/

## JUDGMENT

This action, having come before the Court and the Court having issued an

order dismissing the Complaint this date, accordingly,

Judgment is entered against Plaintiff and in favor Defendants.


Approved:

                                    KINIKIA D. ESSIX
                                    CLERK OF COURT

                                    By:  s/LaShawn Saulsberry
                                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  July 8, 2026